# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Proteinhouse Franchising, LLC, | Case No.: 2:18-cv-0938-JAD-CWH |
| Plaintiff | |
| v. | **Order Setting Hearing** |
| Eat Strong, LLC, Dante J. Esquibel, Rylee L. Gehrke, Gary M. Stoddard, and Terri L. Stoddard, | |
| Defendants | |

On May 22, 2018, Proteinhouse Franchising, LLC filed an Emergency Motion for Temporary Restraining Order with Notice and for Preliminary Injunction.[1] IT IS HEREBY ORDERED that the Court will hear this motion in Courtroom 6D of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard So., Las Vegas, NV 89101 **at 2 p.m. on May 31, 2018.** IT IS FURTHER ORDERED that **the plaintiff must serve a copy of this Order Setting Hearing, the Summons, Complaint, and Emergency Motion on all defendants by Friday, May 25, 2018.**

Dated: May 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 3, 4.