JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
JENNIFER R. LLOYD
Nevada Bar No. 9617
MATTHEW J. KREUTZER
Nevada Bar No. 8834
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jl@h2law.com
Email: mjk@h2law.com

*Attorneys for Plaintiff*
*ProteinHouse Franchising, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROTEINHOUSE FRANCHISING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EAT STRONG, LLC, DANTE J. ESQUIBEL, RYLEE L. GEHRKE, GARY M. STODDARD, and TERRI L. STODDARD, <br><br> Defendants. | Case No. 2:18-cv-00938-JAD-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 36 |

Plaintiff ProteinHouse Franchising, LLC ("ProteinHouse") and Defendants Eat Strong, LLC, Dante J. Esquibel, Rylee L. Gehrke, Gary M. Stoddard, and Terri L. Stoddard ("Defendants"), by and through their respective counsel, having settled this dispute, hereby agree and stipulate to dismiss this action, in its entirety, with prejudice and without an award of attorneys' fees or costs to any party.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC                DENTON PETERSON, P.C.


By: /s/ Jonathan W. Fountain                   By: /s/ Brad A. Denton
Jonathan W. Fountain                            Brad A. Denton
Jennifer L. Lloyd                               1930 N. Arboleda, Suite 200

1

| | |
|---|---|
| Matthew J. Kreutzer<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: jwf@h2law.com<br>Email: jl@h2law.com<br>Email: mjk@h2law.com<br><br>*Attorneys for Plaintiff*<br>*ProteinHouse Franchising, LLC* | Mesa, AZ 85213<br>Tel. (480) 925-9900<br>Email: brad@dentonpeterson.com<br><br>SMITH LARSEN & WIXOM<br>Karl L. Nielsen<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants*<br>*Eat Strong, LLC, Dante J. Esquibel,*<br>*Rylee L. Gehrke, Gary M. Stoddard,*<br>*and Terri L. Stoddard* |

Dated: this __ th day of October, 2018

## ORDER

Based on the parties' stipulation **[ECF No. 36]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 19, 2018

4820-8816-9585, v. 1